1  Bernal P. Ojeda 140387
   Law Office of Bernal P. Ojeda & Associates
2  1515 W. 190th Street Suite528
   Gardena, CA 90248
3  Phone (310) 225-3762
   Fax (310)851-8078
4

5  Attorney for Debtor ANITA RUBIO LOZANO

FILED

JAN - 3 2006

6

7          UNITED STATES BANKRUPTCY COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9

10 In Re:                              )    CASE NO.: LA05-43693BR
                                       )
11 ANITA RUBIO LOZANO                  )    Chapter 7
                                       )
12       Debtor.                       )    PROOF OF SERVICE OF STATEMENT
                                       )    AMENDED OF SOCIAL SECURITY
13                                     )    NUMBERS
                                       )
14 _____     )

15

16 PROOF OF SERVICE

17 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

18       I am employed in the County of Los Angeles, State of California.  I am over the age of 18

19 and not a party to the within action.  My business address is 1515 W. 190th Street, Suite 528

20 Gardena, CA 90248.

21       On December 28, 2005 I served the document described as **AMENDED STATEMENT**

22 **OF SOCIAL SECURITY NUMBERS** on the interested parties in this action:

23       [XX ] by placing  true copies thereof enclosed in sealed envelopes addressed as stated on

24       the attached mailing list.

25       [  ] by placing [  ] the original [  ] a true copy thereof enclosed in a sealed enveloped

26       addressed as follows:       See attached mailing list

27       **[XX ] BY MAIL:**   I am readily familiar with the law firm's practice for collection and

28       processing of correspondence for mailing with the U.S. Postal Service.  The within

         correspondence will be deposited with the U.S. Postal Service on the same day shown on

1   this affidavit, in the ordinary course of business.  I am aware that on motion of the party

2   served, service is presumed invalid if postal cancellation date or postal meter date is more

3   than one day after the date of deposit for mailing in this affidavit.

4   [  ]   **BY FACSIMILE:**   Said document was sent by facsimile to the parties in the

5   within action at the number set forth above.

6   [  ]   **BY PERSONAL SERVICE:**   I caused to be delivered such envelope by hand

7   to the offices of the addressee above stated:

8   **[ XX ] FEDERAL:**   I declare that I am employed in the office of a member of the bar of

9   this Court at whose direction the service was made.

10          Executed December 28, 2005, at Downey, California.

11          I declare under the penalty of perjury of the United States that the foregoing is true

12   and correct.

13

14   Yerika Ramirez
     Type or Print Name.                    Signature

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**United State Bankruptcy Court**
**Central District of California**

**Declaration of Debtor Re:  Use of Unauthorized Social Security Number**

Case #:  **LA05-43693BR**
Debtor's Name:  **Anita Runbio Lozano**

I Anita Rubio Lozano, have used the following Social Security Number(s) which is not assigned to me by the Social Security Administration.

Social Security Numbers:

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

But I was assigned an Individual Taxpayer Identification Number  by  the Internal Revenue Service.

ITIN :        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 -

I declare under penalty of perjury that the foregoing is true and correct.

_____                    12/29/05
Signature of debtor                                Date


_____                    _____
Signature of debtor                                Date

Anita Rubio Lozano
7308 Exeter St. Apt. 11
Paramount, CA 90723


Bernal P. Ojeda
Law Offices of Bernal P. Ojeda
1515 W. 190th St #528
Gardena, CA 90248


United States Trustee Los Angeles
Ernst & Young Plaza
725 S. Figueroa Street, 26TH Floor
Los Angeles, CA 90017

ADIR International-Export
DBA La Curacao
1605 W. Olympic Blvd.
Los Angeles, CA 90015


American General Fiancial Services
7902 Alondra Blvd.
Paramount, CA 90723


Collectcorp
PO Box 100789
Birmingham, AL 35210-0789


Elissa Miller
333 South Hope Street 35th Floor
Los Angeles, CA 90071


ER Solutions, Inc.
Post Office Box 9004
Renton, WA 98057


Financial Credit Network, Inc.
1300 W. Main St.
Visalia, CA 93291


Robinson May
P.O. Box 8021
Lorain, OH 44055


Roger's Acceptance Corp
1330 N. Hacienda Blvd.
La Puente, CA 91744

Sprint PCS
Post Office Box 79357
City Of Industry, CA 91716


State Recovery System, Inc
P.O.Box 2860
Rancho Cordova, CA 95742


Triad Financial Corporation
Dept CH10104
Palatine, IL 60055