BERNAL P. OJEDA        SBN    140387
Law Offices of Bernal P. Ojeda
1515 W. 190th. Street
Suite 528
Gardena, CA 90248
Tel.: (310) 851-8073    Facsimile:    (310) 851-8078

Attorney for Debtor

FILED
JAN - 6 2006

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

    Anita Rubio Lozano

        Debtor(s).

) Case No.: **LA05-43693-BR**
) **DECLARATION OF DEBTOR RE: USE OF**
) **UNAUTHORIZED SOCIAL SECURITY**
) **NUMBER WITH PROOF OF SERVICE**
) **ADVISING CREDIT REPORTING AGENCIES**
) **AND ALL CREDITORS.**
)

Declaration of Debtor Regarding Use of Unauthorized Social Security Number

Case No. LA 05 - 43693-BR

Debtor's Name: Anita Rubio Lozano

I, Anita Rubio Lozano hereby declare as follows:

1. I am the debtor in the instant action, if called upon to testify; I could and would completely testify to the facts of my own personal knowledge.
2. I have used the Social Security Number 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 which was not assigned to me by the Social Security Administration.
3. The Individual Tax Identification Number 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 which appears on my Bankruptcy petition was issued to me by the Internal Revenue Service.
4. I am serving the three credit reporting agencies, creditors and all interested parties as requested by the United States Bankruptcy court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/3/05

_Anita Rubio_
Anita Rubio Lozano

<u>PROOF OF SERVICE BY MAIL 1013a, 2015.5 CCP</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of, and employed in, the aforesaid County, State of California. I am age of eighteen years and not a party to the within action. My business address is 1515 190th. Street, Suite 528, Gardena, CA. 90248.

On January 3, 2006, I served the foregoing documents described as:

**DECLARATION OF DEBTOR RE: USE OF UNAUTHORIZED SOCIAL SECURITY NUMBER WITH PROOF OF SERVICE ADVISING CREDIT REPORTING AGENCIES AND ALL CREDITORS.**

On all interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) (**BY MAIL**) I caused such envelope fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the business practice of collection and processing correspondence or mailing. Under that practice, in the ordinary course of business, the mail is affixed with postage thereon, fully prepaid, and deposited in the United States Mail in Los Angeles, California on that same day. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after the date of deposit.

1 | ( ) **(BY FACSIMILE)** On the above date I personally sent the above
2 | described documents to the addressee via fax at fax
3 | number;_____.
4 | I declare, under penalty of perjury, that the foregoing is true and
5 | correct.
6 |
7 |
8 | Dated: January 3, 2006.
9 |
10 |
11 |                                        Juan Carlos Garcia

Anita Rubio Lozano
7308 Exeter St. Apt. 11
Paramount, CA 90723


Bernal P. Ojeda
Law Offices dof Colmenares and Tomilowitz
8050 E. Florence Avenue
Suite 110- South Building
Downey, CA 90240


United States Trustee Los Angeles
Ernst & Young Plaza
725 S. Figueroa Street, 26TH Floor
Los Angeles, CA 90017

ADIR International-Export
DBA La Curacao
1605 W. Olympic Blvd.
Los Angeles, CA 90015


American General Fiancial Services
7902 Alondra Blvd.
Paramount, CA 90723


Collectcorp
PO Box 100789
Birmingham, AL 35210-0789


Elissa D. Miller
Sulmeyer & Kupetz
333 South Hope Street, 35th. Floor
Los Angeles, CA 90071


Equifax
P.O. Box 30272
Tampa, FL 33630


ER Solutions, Inc.
Post Office Box 9004
Renton, WA 98057


Experian
Profile Maintenence
P.O. Box 9558
Allen, TX 75013


Financial Credit Network, Inc.
1300 W. Main St.
Visalia, CA 93291

Robinson May
P.O. Box 8021
Lorain, OH 44055


Roger's Acceptance Corp
1330 N. Hacienda Blvd.
La Puente, CA 91744


Sprint PCS
Post Office Box 79357
City Of Industry, CA 91716


State Recovery System, Inc
P.O.Box 2860
Rancho Cordova, CA 95742


Trans Union Corporation
ATT: Public Records Dept.
555 West Adams Street
Chicago, IL 60661


Triad Financial Corporation
Dept CH10104
Palatine, IL 60055